**HONORABLE DAVID BRIONES**

EP21CV0123

Federal District Court

Mark Saiki
Petitioner

v.

States of Texas
and New Mexico

Case #

FILED
JUN 01 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Motion to proceed in forma pauperis

1. Mark Saiki made less than $850 in tax year 2020.

2. Mr. Saiki moves to proceed in forma pauperis in a forthwith motion

3. Petitioner moves to incur the costs of this wrongfully impounded car on 4/15/2021.

4. Petitioner alleges continuing and collateral consequences flow from his illegal arrest and detention, to wit he is likely to be arrested again under similar circumstances.

1

5. Petitioner alleges intentional deprivation of his civil rights, under color of state laws, to be pled by amended pleadings, in violation of 28 USC 1983.

Wherefore Petitioner moves to proceed in forma pauperis and to toll the costs of his wrongfully imposed costs.

I swear under penalty of perjury that the aforementioned is true, correct and accurate.

Mark Said, affiant

Mark Saiki
cell block 420
12250 E. Montana
El Paso County Jail annex
El Paso, TX 77901

EL PASO TX 798
RIO GRANDE DISTRICT
28 MAY 2021 PM 2

Clerk of the District Court
525 Magoffin
El Paso, TX 79901

FILED
JUN 01 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

79901-258496